UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DANYEAL JONES,** | § |
| | § |
| *Plaintiff,* | § |
| -v- | § |
| | §  CIVIL ACTION NO. 1:21-cv-155 |
| **TEXAS LANDFILL MANAGEMENT, LLC** | § |
| | § |
| *Defendant.* | § |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having reviewed the Agreed Motion to Dismiss with Prejudice (Dkt. # 40) filed by Plaintiff Danyeal Jones and Defendant Texas Landfill Management LLC is of the opinion that the Motion should be and is hereby GRANTED.

IT IS ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims and causes of action that were or could have been brought against Defendant and all of Defendant's claims and causes of action that were or could have been brought against Plaintiff are hereby **DISMISSED WITH PREJUDICE.** The **CLERK** is instructed to **CLOSE THE CASE**.

IT IS ORDERED that all relief not expressly granted herein is DENIED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs and attorneys' fees.

Signed this 22nd day of March, 2023.

_____
UNITED STATES SENIOR DISTRICT JUDGE
DAVID A. EZRA